# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lee, Gerald B. | Eastern District of Virginia | 08/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.District Judge-Active | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/1/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

401 Courthouse Square
Alexandria, Virginia 22314

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | The American University |
| 2. | Baord of Advisors | Marshall Brennan Program The American University Washington College of Law |
| 3. | Dean's Advisory Council | The American University Washington College of Law |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 04/16/99 | Delaware Charter Guarantee Trust Company, IRA FBO Gerald Bruce Lee |
| 2. | 5/92 | Virginia Retirement System, government pension, Fairfax Circuit Court |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B. | 08/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 01/01/2012 | Virginia Retirement System | $22,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 01/01/12 | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Just the Beginning Foundation | September 26-28, 2012 | Chicago, Illinois | Teach, Presentation | transportation, hotel, and meals |
| 2. | National Bar Association Corporate Counsel Conference | February 22-26, 2012 | Miami., Florida | Teach | transportation, hotel, and meals |
| 3. | National Bar Association Mi-Year Judicial Council Conference | January 18-22, 2012 | St. Maarten, VI | Teach | transportation, hotel, and meals |
| 4. | Virginia Continuing Legal Education Committee Virginia State Bar National Trial Ad | January 11-12, 2012 | Charlottesville, Virginia | Teach | transportation, hotel, and meals |

| 5. | Practising Law Institue_Patent Law Seminar | February 3, 2012 | New York, New York | Teach | transportation, hotel, and meals |
|---|---|---|---|---|---|
| 6. | Conclave on Education, Virginia State Bar | Arpil 22-23, 2012 | Charlottesville, Virginia | Teach | transportation, hotel, and meals |
| 7. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B. | 08/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B. | 08/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alliance Capital Reserves Money Market Fund (401)(K)* | A | Interest | J | T | | | | | |
| 2. Wal Mart Stores,Inc.(IRA) | A | Dividend | J | T | | | | | |
| 3. Vanguard Total Stock Index Fund, IRA* | | None | | | Sold | 12/01/12 | K | | |
| 4. Vanguard Total Stock Mkt Index IRA* | | None | | | Sold | 12/01/12 | K | | |
| 5. Vanguard US Growth IRA* | | None | | | Sold | 12/01/12 | K | | |
| 6. Vanguard US Growth Fund IRA* | | None | | | Sold | 12/01/12 | K | | |
| 7. Vanguard 500 Index Fund IRA* | | None | | | Sold | 12/01/12 | K | | |
| 8. Vanguard Capital Opp IRA* | | None | | | Sold | 12/01/12 | K | | |
| 9. DWS Funds Strategic Yield Tax Free | | None | K | T | Buy | 12/10/12 | K | | |
| 10. Fidelity Fund IRA* | | None | | | Sold | 12/01/12 | K | | |
| 11. Fidelity Growth Strategy fka FAG* | | None | | | Sold | 12/01/12 | K | | |
| 12. Vanguard Health Care Fnd* IRA | | None | | | Sold | 12/01/12 | K | | |
| 13. Black Rock Global Allocation Fund, Inc. | | None | K | T | Buy | 12/10/12 | J | | |
| 14. First Eagle Sogen Global FD CL C | | None | K | T | Buy | 12/10/12 | K | | |
| 15. Hartford Balanced Allocation FD CL C | | None | K | T | Buy | 12/10/12 | K | | |
| 16. Lord Abbet Diversified Income Strategy Class C | | None | K | T | Buy | 12/10/12 | K | | |
| 17. Russell 3000 Index* | | None | | | Sold | 12/01/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B. | 08/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  _____ 401 (K) Retirement Plan and Trust | | None | M | T | Buy (add'l) | 01/01/12 | K | | |
| 19.  Johnson Controls | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  Investments and Trusts

No. 18. [redacted]                401 (k) Retirement Plan and Trust

Itemss 4,5,6,7,8,11,12,13 and 18 were sold in December 1, 2012 and reinvested in new funds items 10, 14, 15,16 and 17 Funds on December 10, 2012

ADDITIONAL INFORMATION IN RESPONSE TO  FDR COMMITTEE INQUIRY  MAY 31, 2013

(1) I removed the information as directed.

(2) See above. Vanguard 500 Index Fund, Vanguard Health Care Fnd IRA were sold and reinvested in items 9, 13, 14, 15, and 16 on December 10, 2012.

(3) Your letter instructs me not to list the stock I purchase monthly because the amount does not exceed $1,000. I will comply and remove the fact that I do purchase shares of Walmart Stores,Inc., General Mills Corporation, and General Electric Corporattion. I will continue to recuse myself from matters involving these entities because as I understand the law I may not preside over a case where I own stock in a corporations. Items No.19, 20, and 22 are removed from this Amended FDR.

(4) As per your staff's direction I removed listing Opp Quest for Oppty Fund, AIM Costellation, Johnson Controls, Vanguard Treasury M/Market Fund, and TIAA-Cref Tax Exempt Bond Fund because my investment in these entities did not equial $1,000 per month. I do own some shares in Johnson Controls which remains listed on the Amended FDR.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerald B. Lee**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544